# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE BUSH, JR., <br><br> Petitioner, <br><br> v. <br><br> ROBERT NEUSCHMID, <br><br> Respondent. | No. 2:19-CV-0052-DMC-P <br><br><br> ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition challenges a conviction and/or sentence issued by the Los Angeles County Superior Court. Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). Because any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County, which is within the boundaries of the United States District Court for the Central District of California, this matter should be transferred to that court. See id. at 499 n.15.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: January 16, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE