UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE BUSH, JR., | Case No. CV 19-391 DSF(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| ROBERT NEUSCHMID, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: June 21, 2019

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE